**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

KEVIN DOUBLAS FRIERMUTH, a single
person,

                    Plaintiff,

        v.

CITY OF PUYALLUP, and JOSEPH A.
PIHL and JANE DOE PIHL, husband and
wife and the marital community composed
thereof,

                    Defendants.

**Case No.**  C06-5534 JKA

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME
TO DISCLOSE REBUTTAL EXPERT

        This matter comes before the court on Defendants' Motion for Extension of Time to Disclose Rebuttal Expert.  The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

        The relief sought is clearly discretionary with the court.  Given the parameters of the Scheduling Order, the request for a two week extension of time for disclosure of a rebuttal expert is not prejudicial to the plaintiff and is reasonable.

        **Accordingly defendants' request for an extension of time to disclose a rebuttal expert is granted. The expert must be disclosed no later than June 25, 2007.  Should the plaintiffs feel a need to further depose defendant Pihl following the disclosure, the discovery cut off date is extended until July 20, 2007.**

                    Dated this 20th day of June, 2007.

                     _/s/ J. Kelley Arnold_
                    J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1